## TURNER *v.* WRIGHT, TREASURER OF ILLINOIS, ET AL.

No. 405.   Decided November 18, 1957.*

*Amos M. Matthews* for appellant in No. 405.

*Melvin B. Lewis* for appellants in No. 470.

*E. H. McDermott* and *Richard S. Oldberg* for appellant in No. 482.

*Latham Castle,* Attorney General of Illinois, and *Mark O. Roberts, Lee D. Martin* and *Willard Ice,* Special Assistant Attorneys General, for appellees in Nos. 405 and 482.

*John C. Melaniphy* and *Sydney R. Drebin* for appellee in No. 470.

PER CURIAM.

The motions to dismiss are granted and the appeals are dismissed for want of a substantial federal question.

---

*Together with No. 470, *Abbate Brothers, Inc., et al.* v. *City of Chicago,* and No. 482, *Burgess-Norton Manufacturing Co.* v. *Lyons et al.,* also on appeals from the same court.